IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  10-35070 |
| JOHN W MCCOLLISTER | ) | S.S.# xxx-xx-0755 |
| CAROLYN MCCOLLISTER | ) | S.S.# xxx-xx-6363 |
|     Debtors. | ) | Chapter 7 Bankruptcy |

NOTICE TO LUTHERAN HOSPITAL
THAT $2.99 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Lutheran Hospital, creditor herein, and deposits $2.99 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for Lutheran Hospital was:

    15691 Collections Center Drive
    Chicago, IL  60693

2. That the distribution amount payable to Lutheran Hospital was $2.99.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  August 31, 2011         /s/ Rebecca H. Fischer
                                Rebecca Hoyt Fischer
                                Bar No. 10537-72
                                112 West Jefferson Blvd., Ste. 310
                                South Bend, IN 46601
                                Telephone:  (574) 284-2354

1

## CERTIFICATE OF SERVICE

       I hereby certify that on August 31, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

| | |
|---|---|
| U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov | JOSHUA L. TWOMBLEY<br>joshuatw@uawlsp.com |

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| JOHN W MCCOLLISTER<br>P.O. BOX 311<br>LAFONTAINE, IN 46940 | CAROLYN MCCOLLISTER<br>P.O. BOX 311<br>LAFONTAINE, IN 46940 |
| United States Bankruptcy Court<br>401 S. Michigan Street<br>South Bend, IN 46601 | Lutheran Hospital<br>15691 Collections Center Drive<br>Chicago, IL 60693 |

                                                              s/ Rebecca H. Fischer
                                                             Rebecca Hoyt Fischer